```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE 650 FIFTH AVENUE AND              :
RELATED PROPERTIES                      :
:
:
:
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Government reports that it has arranged for the following dial-in for the teleconference scheduled for Wednesday, August 27, 2013, at 5:10 p.m.:

Teleconference number: 877-973-4755

Pass code: 7109235

Any member of the public wishing to listen to the teleconference shall use the above dial-in number.

SO ORDERED.

Dated:    New York, New York
         August 27, 2013

_____
KATHERINE B. FORREST
United States District Judge