USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 0 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE 650 FIFTH AVENUE AND :
RELATED PROPERTIES :
:
:
:
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Court has reviewed the Government's letter dated September 9, 2013, requesting reconsideration of footnote five of the Court's Opinion and Order of that same date, which denied the motion of the Alavi Foundation and 650 Fifth Ave. Co. for suppression of evidence. The Court reads the Government's letter as a motion to compel the documents listed in its September 9 letter as part of the civil discovery in this matter. It is therefore

ORDERED that, not later than <u>Thursday, September 12, 2013</u>, Alavi shall respond to the Government's letter motion to compel in accordance with the Court's individual rules.

SO ORDERED.

Dated:   New York, New York
         September 10, 2013

                                             _____
                                             KATHERINE B. FORREST
                                             United States District Judge