

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 16, 2013

**BY EMAIL (ForrestNYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 1 7 2013
```

Re:   **In Re: 650 Fifth Avenue and Related Properties,**
       **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

The Government respectfully submits this letter to request that the Court order the Clerk of the Court to remove from the public docket the license from the United States Department of Treasury, Office of Foreign Assets Control ("OFAC"). This OFAC license is pages 3 through 5 of ECF Docket Entry 864, which was posted on ECF earlier today. This OFAC license has been provided to the relevant licensees and was not intended to be publicly filed on ECF.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:   */s/ Anand Sithian*
Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
Assistant United States Attorneys
Anand Sithian
Special Assistant United States Attorney
(212) 637-1060/2193/2463/2740/1085

cc:   Counsel of Record (via e-mail)

---

**Ordered**

Application granted.

9/17/13   K. B. Forrest
          USDJ

The Clerk of Court is directed to remove pages 3-5 of ECF No. 864. Those pages should be filed under seal.